IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL CITY MORTGAGE COMPANY,** | : | CIVIL ACTION NO. 1:07-CV-0905 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **TAMMY M. DAVIS,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of August, 2007, upon consideration of plaintiff's praecipe to withdraw judgment and discontinue without prejudice (Doc. 12), and of the writ of execution (Doc. 11) issued by the Clerk of Court, it is hereby ORDERED that:

1. The praecipe to withdraw judgment and discontinue without prejudice (Doc. 12) is GRANTED.

2. The default judgment previously entered by order of court dated July 31, 2007 (Doc. 10) and the writ of execution (Doc. 11) are VACATED.

3. The above-captioned action is DISMISSED without prejudice.

4. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge